**FEDERAL PUBLIC DEFENDER**
Northern District of California
555 - 12th Street
Suite 650
Oakland, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

January 17, 2008

The Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street
Courtroom 4
Oakland, CA 94612

    Re:    <u>United States v. Chad Holste</u>
             CR-4 08 70022 WDB

Dear Magistrate Judge Brazil:

    The parties are discussing the terms under which Mr. Holste may be released on bond, and ask that this matter be added to the Court's calendar for Tuesday, January 22, 2008 at 10:00 a.m. The defense is proposing that Mr. Holste be released to his parents' home in Redding, California. The government will ask that property be posted, and is still reviewing the defense's proffer of release terms.

    Mr. Holste's parents will attend the hearing on Tuesday. On the assumption that the parties will have details finalized by then, please have the Marshals "roll up" Mr. Holste for his appearance.

    Please feel free to contact me if the Court desires any further information.

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/S/
JEROME E. MATTHEWS
Assistant Federal Public Defender

cc:    AUSA Bryan Whittaker