1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   BRYAN R. WHITTAKER (TX 24047097)
    Special Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       Facsimile: (510) 637-3724
        E-Mail: bryan.whittaker@usdoj.gov
8
9   Attorneys for the United States

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )    No.  CR 04-08-70022 WDB
                                     )
14          Plaintiff,               )
                                     )
15          v.                       )    EMERGENCY MOTION AND
                                     )    [PROPOSED] ORDER TO STAY
16                                   )    RELEASE ORDER PENDING
    CHAD A. HOLSTE,                  )    RECONSIDERATION AND FURTHER
17                                   )    REVIEW
            Defendant.               )
18  _____)

19

20          The United States files this Emergency Motion to Stay the Release Order issued by

21  Magistrate Judge Wayne D. Brazil.  Judge Brazil is currently unavailable until Monday, January

22  28, 2008.  The United States thereby requests the stay pending reconsideration and further

23  review so the Court may consider additional evidence which was not known by counsel or the

24  Court at the time of the original hearing.  The additional evidence demonstrates that the

25  defendant is a danger to the community and that he should not be released from custody.

26  Staying the order one business day will allow the United States to seek reconsideration by Judge

27  Brazil of the release order in the context of the additional evidence.

28          On January 16, 2008, Special Agents from Immigrations and Customs Enforcement,

_United States v. Holste_
CR 04-08-70022 WDB

along with the Fremont Police Department, executed a federal search warrant of the defendant Chad A. Holste's residence/dormitory located on the DeVry University campus in Fremont, California . The defendant is a nineteen-year-old male with no criminal history. When Special Agents performed a forensic preview/search of the defendant's desktop computer, they found numerous images of child pornography. These images included small children and toddlers engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256. Special Agents also found several firearms in the defendant's truck. The defendant was arrested on the same date. On the following morning of January 17, 2008, the defendant appeared before Judge Brazil and was arraigned on a Criminal Complaint charging violations of Title 18, United States Code §§ 2252(a)(1) and (a)(4)(B). Based upon the Government's motion, and pursuant to the presumption under 18 U.S.C. § 3142(f) that the defendant was a danger to the community, Judge Brazil ordered the defendant detained for three days. Judge Brazil then set the matter on Magistrate Laporte's calendar for Wednesday, January 23, 2008, for submission of a financial affidavit and a detention hearing.

Over the next several days, undersigned counsel for the United States and counsel for the defendant, Jerome Matthews, discussed possible release conditions which would reasonably assure the appearance of the defendant and would reasonably account for the safety of the community. The parties were able to reach an agreement and Mr. Matthews re-scheduled the detention hearing for January 22, 2008, at 10:00 a.m. before Judge Brazil.

At the detention hearing, the parties conveyed to the Court the agreement and the conditions for the defendant's release. The terms of the agreement included, *inter alia*, that: 1) the defendant would reside with his parents in Redding, California; 2) the defendant be subject to electronic monitoring; 3) the defendant's parents would secure a $250,000 bond with the title to their home in Redding, California; 4) the defendant's father would act as a custodian; 5) the defendant was to have no access to dangerous weapons including firearms or knifes; and 6) the defendant would have no access to a computer. Given the agreed upon conditions, Judge Brazil ordered that the defendant be released from custody as soon as Mr. Matthews had completed transfer of the title of the parents home to the Clerk of the Court. Additionally, Mr. Matthews

was also required to provide adequate documentation showing sufficient equity in the property. Mr. Matthews promptly completed the process on the morning of January 24, 2008. Upon receipt and review of the documentation, the United States notified Judge Brazil's Court Clerk that the conditions for release had been satisfied. Pursuant to the terms of the bond, the defendant was then scheduled to be released from the U.S. Marshall's custody on the morning of Friday, January, 25, 2008.

Also on the morning of January 24, 2008, ICE Special Agent Dana Unger delivered the discovery in the case to undersigned counsel. Whereas, after completing review of the real estate transaction documents and speaking with Judge Brazil's Court Clerk, counsel began to review the discovery. Approximately one to two hours into the review of the discovery, counsel for the United States found disturbing information related to the defendant's character, potential propensity for violence, and danger to the community. As this information was not previously known to counsel, nor was it presented to the Court at the original detention hearing, the United States respectfully requests that the release order be stayed pending further review by Judge Brazil. This new information demonstrates that there are no restrictions that can be placed upon the defendant which will reasonably assure the safety of the community.

The troubling information comes from the defendant's personal website located on MySpace.com. On this personal website, the defendant expresses his views and thoughts. In one place he states:

> Gunfire speaks the loudest.

> There comes a time when the tyranny of government becomes intolerable to the common man. It grinds at his spirit every day with it's rules and regulations. It chaffes at his freedom with it's conventions.

> In the past, this was the time when men took up sword and spear and struck down their oppressors. Today, the sword is the pistol, and the spear is the rifle.

> A single shot can change the world. Would you pull the trigger?

Ex. 1. This statement express a desire to cause harm and danger to the community and its government. Likewise, this statement was made very recently as shown by the posting date of

November 15, 2007. The defendant's friend "Monkey" responds to the defendant's question about pulling the trigger by suggesting that he would in fact commit mass murder:

> ....I think if you fire upon a man then you better be willing to kill
> all that are related to him...if not then you might have to worry
> about the son or people like him.....

*Id.* Similarly, the second response to the defendant's same question by his friend "aaron" is equally disturbing and also suggests the killing of multiple people:

> not only would i pull the trigger, i would empty the entire damn
> clip into him/her to make sure the job was done, then i would
> watch and see who steps up to take his place and see if he needs to
> be marked as a target

*Id.*

Furthermore, on the defendant's home page, near the top next to his picture, the first information to which the defendant directs the reader, suggests some kind of mass murder and/or death:

> "And we went amongst them, and in the morning not one of them
> lived. Young and old, man and woman, we doomed them all"

Ex. 2. Additionally on his home page, the defendant describes the type of people he would like to meet on his social networking website by stating:

> Seriously though, I'm looking for decent (in)human beings to join
> my army of darkness....

*Id.*

In another place, the defendant describes "The Legitimacy of Hate" by claiming:

> Often I hear people decrying hate as a terrible thing. However,
> they completely miss how powerful of an emotion hate can be,
> how much of a driving force it can be. I asked a soldier who fought
> in the pacific what he felt when he was fighting, and he said hate,
> hate for the Japanese. I asked a soldier who fought in France the
> same thing, and he gave me the same answer; hate for the
> Germans. It's what made them fight to the death instead of giving
> up, it's what made them such terrible foes. Even now, when we
> have no great centralized enemy to point at and say "I hate that",
> hate can still be a mighty tool. Hatred can make a man powerful, it
> can make him dangerous. Don't be afraid to hate, use it, don't fear
> it.

Ex. 3, at June 29, 2007.

These insights into the defendant's mind were not previously known to counsel or the

Court at the detention hearing.  Such evidence is deeply concerning and demonstrates mental instability, hatred and anger, an apparent disregard for human life, and a clear danger to the community.  The result of anyone taking any action upon the defendant's thoughts or statements would result in the serious injury or death of others.  These expressions should not be ignored and should be considered by the Court.

Moreover, at the previous detention hearing the defendant represented that the guns found in his truck were solely for target shooting in Redding, California.  However, it becomes clear from the additional evidence that target shooting may not be the defendant's only motive.  Taking the firearms together with the defendant's statements shows a danger and propensity for violent behavior.  Additionally, the mere act of posting inflammatory comments about hatred and killing others shows a willingness by the defendant to encourage others to engage in violent and dangerous behavior.  In sum, the evidence demonstrates a complete disregard for safety of others.  Given the defendant's state of mind, it is clear that even his parents would have little control over the defendant if he were released.  Indeed, because of the change in circumstance and the additional evidence, the United States respectfully request that the Court grant a stay of the release order pending reconsideration and further review.

In the alternative to granting the stay of the release order, the United States is willing and available to appear before duty Magistrate Judge Bernard Zimmerman on Friday, January 25, 2008, for a further review of these detention issues.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 24, 2008

/S/
_____
BRYAN R. WHITTAKER
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 04-08-70022 WDB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | [PROPOSED] ORDER GRANTING |
| | ) | MOTION TO STAY RELEASE ORDER |
| CHAD A. HOLSTE, | ) | PENDING RECONSIDERATION AND |
| | ) | FURTHER REVIEW |
| Defendant. | ) | |
| | ) | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request to Stay the Release Order Pending Reconsideration and Further Review before the Honorable Wayne D. Brazil, United States Magistrate Judge on Monday, January 28, 2008, at 10:00 a.m., is GRANTED, and the defendant shall remain detained and in the custody of the United States Marshall until such date or as otherwise ordered by this Court.

Dated: January ___, 2008

_____
HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge

# EXHIBIT 1



< Back

MySpace.com | rss | sign in | sign out

**Chad**



**Last Updated:**
Dec 29, 2007

Send Message
Instant Message
Email to a Friend
Subscribe

**Gender**: Male
**Status**: Single
**Age**: 19
**Sign**: Pisces

**City**: Fremont
**State**: CALIFORNIA
**Country**: US

**Signup Date**: 07/01/05

**Who Gives Kudos:**
Monkey (1)

**Thursday, November 15, 2007**

**In a world of Voices...**
**Current mood:** 😵 quixotic

Gunfire speaks the loudest.

There comes a time when the tyranny of government becomes intolerable to the common man. It grinds at his spirit every day with it's rules and regulations. It chaffes at his freedom with it's conventions.

In the past, this was the time when men took up sword and spear and struck down their oppressors. Today, the sword is the pistol, and the spear is the rifle.

A single shot can change the world. Would you pull the trigger?



Currently listening :
**Warriors of the World**
By Manowar
Release date: By 02 May, 2005

**2:24 PM - 2 Comments - 1 Kudos - Add Comment**

**Monkey**



....I think if you fire upon a man then you better be willing to kill all that are related to him...if not then you might have to worry about the son or people like him.....

Posted by **Monkey** on Friday, November 16, 2007 at 2:48 PM
[**Reply to this**]

**aaron**

not only would i pull the trigger, i would empty the entire damn clip into him/her to make sure the job was done, then i would watch and see who steps up to take his place and see if he needs to be marked as a target

Posted by **aaron** on Tuesday, November 27, 2007 at 11:08 PM
[**Reply to this**]

Sponsored Links

Pimp Your Page

Free Backgrounds & Layouts for Your Profile. 100% Free. Download Now!

MySpace.coolfetti.com
Chat with Hot & Sexy Singles from Your ZIP Code for Free - Chat Now!

Chat Rooms (Free)
www.ChatRooms4All.com
Watch Motocross TV Here
Motocross.com - Latest News, Pics, Reviews, Video, Race Results & More

www.Motocross.com

Make Him Fall In Love

How To Become The Woman He Adores And Never Wants To Leave

TheWomenMenAdore.com

**About | FAQ | Terms | Privacy: | Safety Tips | Contact Myspace | Posted by | Promote | Advertise | MySpaceShop**

©2003-2007 MySpace.com. All Rights Reserved.

# EXHIBIT 2



Home | Browse | Search | Invite | Film | Mail | Blogs | Favorites | Forum | Groups | Events | MySpace TV | Music | Comedy | Classifieds

# Chad



""And we went amongst them, and in the morning not one of them lived. Young and old, man and woman, we doomed them all""

Male
19 years old
Fremont, CALIFORNIA
United States

Last Login: 1/15/2008

**Mood:** cynical

View My: **Pics** | **Videos**

## Contacting Chad

✉ **Send Message**        ✉ **Forward to Friend**

👤 **Add to Friends**       ☑ **Add to Favorites**

👤 **IM / Call**            👤 **Block User**

👤 **Add to Group**        👤 **Rank User**

**MySpace URL:**
http://www.myspace.com/chad_holste

Hello, you either have JavaScript turned off or an old version of Macromedia's Flash Player. **Click here** to get the latest flash player.

## Chad's Interests

### Chad you looking at me?

**Chad's Latest Blog Entry** [**Subscribe to this Blog**]

In a world of Voices... (**view more**)

assigning a meaning (**view more**)

Just a thought (**view more**)

The Great Rebirth, part one (**view more**)

How I Judge you (**view more**)

[**View All Blog Entries**]

## Chad's Blurbs

### About me:
You know when you lean back in a chair so it's only on two legs, then almost fall but catch yourself just in time? I feel like that *all the time.*

You might think I'm some kind of big, angry bear from looking at me, but I'm mostly roar and very little mauling, except for traveling salesmen, or salesmen who don't travel, but instead are using the dorm as a place of business, even though it is a violation of their lease

I've been wandering this little sphere we call the earth for a while now, and I have to say I'm not impressed. I'm gonna see what I can do about it, and you should help me.

| General | building models, painting, cooking, barbecuing, macro photography, jewelry-making, electronics, massage, case modding, amateur gun smithing, engineering, air smithing, |
|---|---|
| Music | Mettalica, Led Zeppelin, Black Sabbath, Drowning Pool, Dave Mathews Band, Ramstein, Deep Purple, Iced Earth, Demons and Wizards, *Blue Oyster Cult*. |
| Movies | *Pulp Fiction*, Doctor Strangelove, The Transporter, James Bond movies, the new Batman, Marvel movies, comedies |
| Television | Mythbusters, Scrubs, Modern Marvels, How It's Made, Dirty Jobs, ANIME!!!, stand-up comedy |
| Books | Ghosts of Onyx, Illusions, the Myth series |
| Heroes | you know, I never really watched it |
| Groups: | **Fremont, Warhammer Radio, DeVry (Fremont), DeVry University, Taylor Hall, The First & Best Something Positive Group**<br><br>**View All Chad's Groups** |

### Chad's Details

| Status: | Single |
|---|---|
| Here for: | Networking, Dating, Serious Relationships, Friends |
| Orientation: | Bi |
| Hometown: | Redding |
| Body type: | 5' 8" / Some extra baggage |
| Ethnicity: | White / Caucasian |
| Religion: | Atheist |
| Zodiac Sign: | Pisces |
| Smoke / Drink: | No / Yes |
| Children: | I don't want kids |



my sphere is Knight (Know Loyalty and Respect), and my class is Arms Master (Pragmatic and Stout).

## I am an Advisor.

Your great sense of ethics and honor, as well as your practical knowledge of the world, makes you an excellent advisor and confidant to the people who are respectful of your ways, and to whom you will show respect in return. Liu Bei, the well-meaning King of the ancient Shu kingdom in China, was not famous for his own accomplishments, but for the excellent quality of his generals, and the brilliance of his advisor of special repute, Zhuge Liang.

**What kind of Warrior are you?**

### Who I'd like to meet:
YOU! yes, you could win an all expense paid dinner for several with Chad Holste at the Taylor Hall cafeteria, all you need is a valid DeVry student ID and current residency in Taylor Hall!!!

Seriously though, I'm looking for decent (in)human beings to join my army of darkness….

### Chad's Friend Space

**Chad has 48 friends.**

| Aussie | aaron | Ever the Fool….. | Cesiakaze |
|---|---|---|---|
|  | Online Now! |  |  |

| Education: | In college |
|---|---|
| Occupation: | Student |
| Income: | Less than $30,000 |

## Chad's Schools

| **Devry University**<br>Fremont, CA<br>Graduated: **N/A**<br>Degree: Bachelor's Degree<br>Major: Electronics Engineering<br>Minor: N/A<br><br>Current Courses:<br>**Engineering 100, Mathematics 190,<br>English 112, Psychology 110, Education<br>148** | 2006 to<br>Present |
|---|---|
| **Foothill High**<br>Palo Cedro,California<br>Graduated: **N/A**<br>Student status: Alumni<br>Degree: High School Diploma | 2002 to<br>2006 |

## Chad's Networking

| **Technology - IT - Tech Support** |
|---|
| |

| **Technology - Business - Sales** |
|---|
| |

| **Gaming - Testing - Testing** |
|---|
| I've been a gamer for many years, and I know what I<br>like in a game system. |

## Chad's Companies

| Barnes Technology<br>Redding, California US<br>Technician<br>IT | early 2005 |
|---|---|
| Dwight Holste Construction<br>Redding, California US<br>Laborer<br>All non-skilled work | summers<br>in high<br>school |

**Alex**



**Rawr! I attack<br>you with a candy<br>cane dildo!**



**Dante**



**Terry**

View Chad's Friends: **All | Online | New**

## Chad's Friends Comments

Displaying **50** of **73** comments  ( **View All | Add Comment** )

| **Cesiakaze**<br><br> | **Nov 21 2007 6:13 PM**<br><br>haha yeah that pic has three of my sons, that was<br>during my prom for senior year and they just<br>happened to be near the place we had it. |
|---|---|
| **Mai Shoua**<br><br> | **Nov 14 2007 8:22 AM**<br><br>hahaha.. no.. just a wanting to know friend..<br>hahaha but how are things? |

Case 4:08-mj-70022-MRGD    Document 5-3    Filed 01/24/2008    Page 5 of 16

**ceslakaze**



**Nov 15 2007 1:31 PM**

oh not bad, Blia and I have been cooking just about every night since we moved in. :) but its all good, hey maybe I can invite you over one day, would you like that? then I get to cook you some real food and not that cardboard they call food at the dorms :)

**Mai Shoua**



**Nov 12 2007 11:09 AM**

hey chad.. what's up?? when are you suppose to comeback??

**Mai Shoua**



**Nov 10 2007 9:48 AM**

MySpace.com - Chad - 19 - Male - Fremont, US - www.myspace.com/chad_holste

**ITS A BOY!**



**Nov 8 2007 7:53 PM**



Get more at Smoke420.com

**Cesiakaze**



**Oct 21 2007 9:56 PM**

4 days a week…ouch I'm sorry. yeah that is a lot of Steven per week, but finals are coming up so schedules change now.

**Cesiakaze**



**Oct 21 2007 1:48 PM**

no Steven today or the other days of the weekend? you must be feeling better already yeah? haha, but it sounds like your almost over it so that's good, you ready for the final on Wednesday? hang on…do you even know what it is? cause I really don't. haha I'm so lame

**Aussie**



**Oct 21 2007 12:44 PM**

I'm ok. and there are always people in need of asskicking whether or not its gonna happen now or later is the true question. How's my teddy bear?

http://www.myspace.com/chad_holste (5 of 15)1/24/2008 8:05:01 PM

**ceslakaze**



**Oct 19 2007 8:19 AM**

Hi douchey-male-group-member-guy, how ya been? haven't seen you since oh lets see... wednesday? yeah that sounds about right...so how you feeling? any better?

**Jaimie Lee**



**Oct 17 2007 12:09 PM**

hey chad
havent seen you in a while
how have you been?
oh guess what? im actually gonna be here this weekend lol one of the last weeks of school and im finally gonna stay here
well ill see ya laterz

**Jaimie Lee**

**Oct 8 2007 7:14 PM**

yeah i know... im turning in stuff in class on wednesday
and no i feel like shit
how are you?

**Jaimie Lee**



**Oct 8 2007 12:49 PM**

just gettin some homework done.
i cant believe the semester is almost over already

**Jaimie Lee**



**Oct 8 2007 9:52 AM**

omg its chad!!!
whats up?

**VaMee**



**Oct 7 2007 9:26 PM**

playing with fire eh? i hope you got burned.
Muahahaha, jk.

**i'mma be a billionaire!!!**



**Oct 1 2007 9:52 PM**

yes i know i am a lucky biatch..lol..well thats what
i usually do over the weekend too but this
weekend i got lucky my brothers decided they
wanted me to go..so i went..lol..how's your day
going and thanks for the pix comment…

**i'mma be a billionaire!!!**



**Sep 30 2007 10:14 PM**

lmao..it was okay..i hung out with friends and
went fishing with my brothers..what did you do??

**Jaimie Lee**



**Sep 30 2007 12:19 AM**

we havent started that yet
we finished 5 on friday
or at least i thought thats what we were supposed
to do

Case 4:08-mj-70022-MRGD     Document 5-3     Filed 01/24/2008     Page 9 of 16

**Jaimie Lee**



**Sep 30 2007 12:14 AM**

well im gonna retake the midterm so maybe itll go up if i do better

---

**Jaimie Lee**



**Sep 30 2007 12:09 AM**

aw that sucks..
ive just been doin hw and then i hung out with some friends and went to dinner

---

**Jaimie Lee**



**Sep 30 2007 12:06 AM**

nothin really.
thinkin about goin to bed pretty soon though
what have you been up to lately?

---

**Jaimie Lee**



**Sep 28 2007 10:47 PM**

hey chad!
how have you been?

---

**i'mma be a billionaire!!!**



**Sep 27 2007 6:40 PM**

trouble..!!! you're right chuey is really nothing but trouble i'll let her know you're said she's trouble..
btw hi chad..

**YaMee**



**Sep 27 2007 5:36 PM**

what are you doing in the picture above?

**Jaimie Lee**



**Sep 23 2007 10:39 PM**

it was alright. just did homework and stuff. so not exciting lol

**Jaimie Lee**



**Sep 23 2007 7:50 PM**

hey chad!
how was your weekend?
oh thx for helping me with my lab on friday. i think ill probably come back in later this week to finish.

**Jaimie Lee**



**Sep 18 2007 4:56 PM**

hey ill just come by your room later. k? im gonna go eat right now

Case 4:08-mj-70022-MRGD        Document 5-3        Filed 01/24/2008        Page 11 of 16

**Jaimie Lee**

**Sep 18 2007 4:53 PM**

because i would feel bad

**Jaimie Lee**

**Sep 18 2007 4:50 PM**

omg i cant take that from you.....keep it or something

**Jaimie Lee**

**Sep 18 2007 4:46 PM**

omg chad you cant give that to me!

**Jaimie Lee**

**Sep 18 2007 4:44 PM**

lol i have no idea

**Jaimie Lee**

**Sep 18 2007 4:27 PM**

lol ill try not too

**Jaimie Lee**



**Sep 18 2007 4:25 PM**

lol what are you talking about?

**Bradley**



**Jul 26 2007 3:20 PM**

Ja, mon!

...wait, that's Jamaican. Okay, run with it! >=O

Cheers,

Bradley

**Ever the Fool.....**



**Jun 16 2007 12:40 PM**

NERD!!!!!
...Just thought I'd voice my opinion, s'all I'm sayin'.

**Bradley**



**Jun 1 2007 10:38 AM**

Hey, you!

Cheers,

Bradley

**Tricia ℜ**

**May 24 2007 5:49 PM**

hey heard your coming in town.. that is good news... hope ya enjoy this town.. well have fun.. later..

MySpace.com - Chad - 19 - Male - Fremont, US - www.myspace.com/chad_holste

**Bawbee**



**May 24 2007 3:03 AM**

Hey Chad,
I just wanted to thank you for taking time to read my blogs. I read your comments, and I would love to hang out.. so whenever you're in Redding.. well, you know my number. I miss you. Why is Fremont so far away?
-Bobbi

**High Plains Twister**



**May 4 2007 6:46 PM**

"Go ahead, make my day." You're a funny guy, Clint Eastwood! By the way, I do a pretty decent impression of him.

**Je m'appelle Angie**



**May 1 2007 11:33 PM**

angelpig98@hotmail.com

**Je m'appelle Angie**



**May 1 2007 11:05 PM**

nm....just do my homework and talk to my friends on MSN...

wat u up to?

**It's A Boy!!**



**Mar 2 2007 10:40 PM**





Get free graphics at BlingyBlob.com!

**Bawbee**



**Feb 14 2007 1:48 AM**



**Je m'appelle Angie**



**Feb 3 2007 12:08 PM**

Hey....How have you been? .... I just wanna say
HI ^.^

Case 4:08-mj-70022-MRGD    Document 5-3    Filed 01/24/2008    Page 15 of 16

### Je m'appelle Angie



**Jan 11 2007 8:03 AM**

Hi Chad.. How r u doing? i'm doing good.. and have a great time in Thailand.. i'll see you soon and yeah... just wana say hi and drop you some love

Angie

### Je m'appelle Angie



**Dec 26 2006 4:48 PM**

hey.... i just wanna say hi and yeah... happy holiday...

### ~Just Jess~



**Dec 25 2006 12:13 AM**

Merry Christmas Chad and a happy new year

### Where will this road take me?



**Dec 21 2006 9:28 AM**

Oo. top friends? i feel so special^.^ anyways, i just saw you leave for school earlier. was it mathlab you said? well, HAVE FUN! good luck and happy holidays!

MySpace.com - Chad - 19 - Male - Fremont, US - www.myspace.com/chad_holste



**L'ahbaPanda**

**Dec 21 2006 7:51 AM**

hey, looking forward to xmas?
for my birthday, my mom chose the film for us to
go see. and she chose 'Black Christmas.' How
bloody festive (no pun intended)

**Je m'appelle Angie**



**Dec 20 2006 6:55 PM**

Hay.. i'm leaving tomorrow and i might not see
you until i come back.. so.. i just wanna say bye
and see you soon ^.^

Angie

**Add Comment**

About | FAQ | Terms | Privacy | Safety Tips | Contact MySpace | Report Abuse | Advertise | MySpace International | **MySpace Latino**

©2003-2008 MySpace.com. All Rights Reserved.

# EXHIBIT 3



MySpace.com | rss | sign in | sign out

**Chad**



**Last Updated:**
Dec 29, 2007

Send Message
Instant Message
Email to a Friend
Subscribe

**Gender**: Male
**Status**: Single
**Age**: 19
**Sign**: Pisces

**City**: Fremont
**State**: CALIFORNIA
**Country**: US

**Signup Date**:
07/01/05

**Blog Archive**
[ Older    Newer ]

**Thursday, November 15, 2007**

**In a world of Voices...**
**Current mood:** 😵 **quixotic**

Gunfire speaks the loudest.

There comes a time when the tyranny of government becomes intolerable to the common man. It grinds at his spirit every day with it's rules and regulations. It chaffes at his freedom with it's conventions.

In the past, this was the time when men took up sword and spear and struck down their oppressors. Today, the sword is the pistol, and the spear is the rifle.

A single shot can change the world. Would you pull the trigger?

Currently listening :
**Warriors of the World**
By Manowar
Release date: 02 May, 2005

**2:24 PM** - **2 Comments** - **1 Kudos** - **Add Comment**

**Tuesday, September 18, 2007**

**assigning a meaning**
**Current mood:** 😈 **cynical**

If you've ever taken a college english class, you'll be well acquainted with teachers asking you "what does this mean?" or "what is the author trying to tell us?". These questions drive me absolutely bonkers! Soem stories don't have a message, some of them are JUST GOOD STORIES. Not everything has some deeper meaning. The same goes for art. I just get so frustrated whenever some new-age nitwit starts talking about the "message" of some ancient work of art. They obviously don't understand that some of these people they idolize where only doing this to pay the bills. They GOT PAID to make these things. I'm really getting tired of everything in the world having to have some meaning beyond the obvious, sometimes things really are that simple.

 Currently listening :
**Believe**
By Disturbed
Release date: 17 September, 2002

**1:54 PM** - **2 Comments** - **2 Kudos** - **Add Comment**

**Sunday, September 16, 2007**

**Just a thought**
**Current mood:** 😈 **cynical**

All weekend, I've been trying to understand what motivates people. Really, it doesn't make any sense. There are over 6.7 Billion people on this planet, and you're just one of them. You're just an individual ant in a giant colony. The chances of ever getting the chance to do something ACTUALLY important are slim to none, nevermind the whole "I gave a pittance to some supposedly 'worthwile' charity, therefore I did something that matters" or "I'm important because the guy in the funny hat said so". So many people struggle through life under the delusion that they actually MATTER. Any one of us could die right now, and the world and society wouldn't so much as blink. Really, everyone's just going through the motions....

**4:49 PM** - **1 Comments** - **0 Kudos** - **Add Comment**

**Monday, July 23, 2007**

**The Great Rebirth, part one**
**Current mood:**  **cynical**

There is no god, only man

Man created god

Does that not make man more powerful that god?

However, we have allowed ourselves to be convinced of our own powerlessness. If we were to somehow overcome this misconception, mankind's potential would be unlimited. However, to do this, we must remove all ideologies that place a power above ourselves.

Of course, this means that religion must be stamped out, as it has no place in my vision of the golden age of mankind. This will be extremely difficult and may require the liquidation of a large percentage of the human race to achieve.

When religion is removed, next must fall the governments of the world. There is no inherent difference between human beings, so why should they be ruled differently? This stage may prove even more difficult than the removal of religion because of the age-old social infrastructure supporting the existence of the "countries".

Once governments have fallen, there must be a time of chaos to fertilize the soil that the new humanity will grow in. However, care must be taken that no new groups form during this time that may resist the next stage.

Now will come the great rebirth. The people of the world will be brought together to settle on the hospitable land, with the deserts and other inhospitable places abandoned except when they hold resources important to the progress of the new humanity.

Currently listening :
**The Blessed and the Damned**
By Iced Earth
Release date: 10 August, 2004

**12:33 PM** - **1 Comments** - **1 Kudos** - **Add Comment**

**Saturday, July 21, 2007**

**How I Judge you**
**Current mood:**  **cynical**

I was asked not long ago how I judge who to be friends with and who I'm not going to get along with, and I must admit, I couldn't answer the person. Now that I've thought about it for a few months, I can honesty say exactly how I judge people; by the company they keep. If a person associates with people who are cruel, arrogant, selfish, or immature, it doesn't really matter their individual temperament, I won't like them. On the other hand, if a person surrounds themselves with thoughtful, caring, mature friends, I'll give them a closer look.

Currently listening :
**Best Of The Outlaws: Green Grass & High Tides**
By The Outlaws
Release date: 01 October, 1996

**5:56 PM** - **2 Comments** - **2 Kudos** - **Add Comment**

**Friday, June 29, 2007**

**The Legitimacy of Hate**
**Current mood:**  **cynical**

Often I hear people decrying hate as a terrible thing. However, they completely miss how powerful of an emotion hate can be, how much of a driving force it can be. I asked a soldier who fought in the pacific what he felt when he was fighting, and he said hate, hate for the Japanese. I asked a soldier who fought in France the same thing, and he gave me the same answer; hate for the Germans. It's what made them fight to the death instead of giving up, it's what made them such terrible foes. Even now, when we have no great centralized enemy to point at and say "I hate that", hate can still be a mighty tool. Hatred can make a man powerful, it can make him dangerous. Don't be afraid to hate, use it, don't fear it.

feel free to comment



Currently listening :
**Face The Promise**
By Bob Seger
Release date: 12 September, 2006

**2:30 PM** - **2 Comments** - **4 Kudos** - **Add Comment**

**Sunday, June 24, 2007**

**The assumption of respectability**
**Current mood:** 😡 **cynical**

During the past few years of watching how people interact, I've noticed a rather intriguing trend. People always assume that they deserve the respect of others, no matter what the subject of conversation. Now, to some people this wouldn't be so shocking, but to me it's simply amazing. No matter how disrespectful a person is to another, they expect respect in return. I'm not sure why this happens. Below are a couple examples of this in action.

Example 1
Individual: Adam D.
Venue: Foothill High School
Subject: General

Adam D. was fond of "picking on" members of his classes for his friends amusements. However, whenever he himself was attacked, he responded with shock and outrage.

Example 2
Individual: Name Unknown
Venue: Electronics Lab
Subject: Courses at DeVry

The individual in question was fond of lamenting about the quality of courses at DeVry. However, whenever he was asked about how he would improve the courses, or why he thought the courses were deficient, he would immediately become defensive and try to avoid the subject thereafter.

Feel free to comment and discuss as you wish (just don't assume you'll be respected)

 Currently listening :
**Touched by the Crimson King**
By Demons & Wizards
Release date: 28 June, 2005

**8:14 PM** - **2 Comments** - **2 Kudos** - **Add Comment**

**About** | **FAQ** | **Terms** | **Privacy** | **Safety Tips** | **Contact MySpace** | **Promote!** | **Advertise** |
**MySpace Shop**

©2003-2008 MySpace.com. All Rights Reserved.