**FEDERAL PUBLIC DEFENDER**
Northern District of California
555 - 12th Street
Suite 650
Oakland, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

February 5, 2008

The Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street
Courtroom 4
Oakland, CA 94612

    Re:    <u>United States v. Chad Holste</u>
              CR-4 08 70022 WDB

Dear Magistrate Judge Brazil:

    Mr. Holste is waiving without prejudice any further review of the Court's detention order. The Court may recall that Mr. Holste's parents posted their property to secure his release. I am informed by the Clerk of the Court that it will not issue a reconveyance without an order from this Court. Accordingly, I have enclosed a proposed order directing the Clerk to reconvey the property to Mr. Holste's parents, and to release Mr. Holste's passport if it has not already done so.

    Please feel free to contact me if the Court desires anything further.

              Respectfully submitted,

              BARRY J. PORTMAN
              Federal Public Defender

                /S/
              JEROME E. MATTHEWS
              Assistant Federal Public Defender

cc:    AUSA Bryan Whittaker

```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  JEROME E. MATTHEWS
    Assistant Federal Public Defender
 3  555 - 12th Street
    Suite 650
 4  Oakland, CA 94607-3627
    Telephone: (510) 637-3500
 5
    Counsel for Defendant CHAD HOLSTE
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )   No. CR-04 08 70022 WDB
                                     )
12                  Plaintiff,       )   [PROPOSED] ORDER DIRECTING
                                     )   CLERK TO RECONVEY PROPERTY AND
13  vs.                              )   RELEASE PASSPORT
                                     )
14  CHAD HOLSTE,                     )
                                     )
15                  Defendant.       )
    _____)
16
```

17

18      Good cause appearing therefor, IT IS ORDERED that the Clerk of the Court execute a

19  full reconveyance of that property specifically described as 9673 Yuki Yama Lane, Redding,

20  California, to Dwight and Cindy Holste.

21      If the Clerk has not done so already, IT IS FURTHER ORDERED that the Clerk release

22  to Dwight and Cindy Holste, or to the Federal Public Defender, the passport of Chad Holste.

23

24  Dated: February ____, 2008

25                                          _____
                                            WAYNE D. BRAZIL
26                                          United States Magistrate Judge

PROPOSED ORDER RE PROPERTY AND
PASSPORT                                          1